FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 AUG 26 AM 8 04

STEPHAN HARRIS, CLERK
CHEYENNE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIDGELY GEESAMAN, SR., individually, | |
| Plaintiff, | |
| vs. | Civil No. 15-CV-00022-ABJ |
| FORD MOTOR COMPANY, | |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** comes before the Court pursuant to the parties' *Stipulation for Dismissal with Prejudice* and the Court having examined the file and being fully advised in the premises herein,

**HEREBY ORDERS** that Plaintiff's *Complaint* is hereby DISMISSED WITH PREJUDICE, with each party to pay its own costs and attorneys' fees.

Dated: 25 August 2015.

_____
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE